

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00533-CV

**IN RE THE ESTATE** of Magdalene B. **MZYK**, Deceased

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's October 25, 2021 "Order on Motions for Summary Judgment" is AFFIRMED. The portion of the trial court's June 9, 2022 "Order on Petitioner's Bench Trial on Attorney's Fees" that ordered post-judgment interest to "accrue at the rate of 18% per annum until paid" is REVERSED and the cause is REMANDED to the trial court to calculate the correct rate of post-judgment interest to be awarded, if any.

Costs of appeal are assessed against the party that incurred them.

SIGNED May 3, 2023.

_____
Lori I. Valenzuela, Justice